# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DEIDRE D. WRIGHT SUMMEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:07-0164 |
| ) | Judge Echols |
| **DRAUGHONS JUNIOR COLLEGE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendant's Motion for Summary Judgment (Docket Entry No. 20) is hereby GRANTED;

(2) Defendant's Motion to Strike (Docket Entry No. 32) is hereby DENIED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE